**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia #1404
San Diego, CA 92129-1666
Telephone: (858) 299-5879
Fax: (619) 354-7281

Attorneys for Plaintiff
RAYMOND TAYLOR

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Taylor, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Residential Programs, Inc.,<br>DOES,<br><br>Defendants. | Case No. 19-cv-2155 JLS-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1(A)(i) of the Federal Rules of Civil Procedure, plaintiff Raymond Taylor, through his undersigned counsel, hereby gives notice that the above captioned is voluntarily dismissed with prejudice as to plaintiff Raymond Taylor, and voluntarily dismissed without prejudice as to the putative class.

Dated: September 2, 2020      MADAR LAW CORPORATION

By _____
*s/ Alex S. Madar*
ALEX S. MADAR
Attorneys for Plaintiff
Raymond Taylor
Email: alex@madarlaw.net